Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−11468−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patricia A. Oppel
   aka Patricia A. Cole
   195 Pheasant Drive
   Bayville, NJ 08721

Social Security No.:
   xxx−xx−4116

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           4/17/24
Time:           10:00 AM
Location:       Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 11, 2024
JAN: gan

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 24-11468-CMG
Patricia A. Oppel                                                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                            User: admin                                        Page 1 of 3
Date Rcvd: Mar 11, 2024                         Form ID: 132                                       Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^         Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2024:**

| Recip ID   |   | Recipient Name and Address |
|---|---|---|
| db         | + | Patricia A. Oppel, 195 Pheasant Drive, Bayville, NJ 08721-1942 |
| 520164587  | + | Berkeley Township, PO Box B, 627 Pinewald-Keswick Road, Bayville, NJ 08721-2778 |
| 520164597  |   | Midland Mortgage, PO Box 248921, Oklahoma City, OK 73124-8921 |
| 520164606  | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID  |   | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg       |   | Email/Text: usanj.njbankr@usdoj.gov | Mar 11 2024 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg       | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 11 2024 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520164588 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 11 2024 21:13:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520164589 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 11 2024 21:13:00 | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 520164590 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 11 2024 21:18:23 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520164591 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 11 2024 21:18:14 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 520184064 |   | Email/Text: ECMCBKNotices@ecmc.org | Mar 11 2024 21:12:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 520167007 | ^ | MEBN | Mar 11 2024 21:05:46 | FIRST PORTFOLIO VENTURES I, LLC, 3091 Governors Lake Drive Suite 500, Peachtree Corners, GA 30071-1135 |
| 520164593 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 11 2024 21:18:36 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520164592 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 11 2024 21:18:13 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 520164594 |   | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 11 2024 21:11:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520164595 | + | Email/Text: bankruptcy@kikoff.com | Mar 11 2024 21:11:00 | Kikoff Lending Llc, Attn: Bankruptcy, 75 Broadway Suite 226, San Francisco, CA 94111-1458 |
| 520164596 | + | Email/Text: bankruptcy@kikoff.com | Mar 11 2024 21:11:00 | Kikoff Lending Llc, 75 Broadway, San Francisco, CA 94111-1423 |
| 520164598 |   | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 11 2024 21:18:30 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520164599 | ^ | MEBN | Mar 11 2024 21:06:10 | Midland Mortgage, c/o KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520164602 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Mar 11 2024 21:11:00 | NJ EzPass, PO Box 4971, Trenton, NJ 08650 |
| 520164603 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 11 2024 21:13:00 | NJ EzPass, c/o Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2609 |
| 520164600 | + | Email/PDF: bankruptcy@ncfsi.com | Mar 11 2024 21:18:42 | New Century Financial Services, Inc., 110 S Jefferson Road, Suite 104, Whippany, NJ 07981-1038 |
| 520164601 | | Email/Text: signed.order@pfwattorneys.com | Mar 11 2024 21:11:00 | New Century Financial Services, Inc., c/o Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 520179681 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 11 2024 21:12:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 520164604 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 11 2024 21:12:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 520164605 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 11 2024 21:12:00 | Santander Consumer USA, Inc, Po Box 961211, Fort Worth, TX 76161-0211 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520189742 | | Estate of Margaret Cole |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 13, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Robert Cameron Legg | on behalf of Debtor Patricia A. Oppel courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Mar 11, 2024 | Form ID: 132 | Total Noticed: 26

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4