UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

| | |
|---|---|
| Patricia A Oppel | CHAPTER: 13 |
| 26 Veeder LN | CASE NUMBER: 24-11468 |
| Bayville, NJ 08721 | CLAIM AMOUNT: $495.48 |

Debtors.
_____

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Jefferson Capital Systems LLC, and pursuant to Rule 3006, F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 4/1/2024, in the amount of $495.48.

Jefferson Capital Systems LLC hereby releases and discharges the Chapter 13 Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter 13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 3rd day of April, 2024.

Jefferson Capital Systems LLC

By: /s/ Nancy Mehrenberg
Nancy Mehrenberg   Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314

# **CERTIFICATE OF SERVICE**

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

| | |
|---|---|
| Debtor: | Patricia A  Oppel<br>26 Veeder LN<br>Bayville, NJ 08721 |
| Debtor's Attorney: | Robert Cameron  Legg<br>2240 Highway 33<br>Neptune, NJ 07753 |
| Chapter 13 Trustee: | ALBERT RUSSO<br><br>TRENTON, NJ 08650 |

by submitting electronically with the court.

    This 3rd day of April, 2024.

                                              Jefferson Capital Systems LLC

                                              By: /s/ Nancy Mehrenberg_____
                                              Nancy Mehrenberg   Bankruptcy Specialist

                                              Jefferson Capital Systems, LLC
                                              200 14th Avenue E
                                              Sartell, MN 56377
                                              (800) 928-7314