UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Patricia A. Oppel,

Debtor.

Case No.: 24-11468-CMG

Chapter: 13

Hearing Date: 7/3/2024

Judge: Gravelle

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief from Stay re: 195 Pheasant Drive, Bayville, NJ (Docket # 28)

_____

Date: 07/01/2024

/s/ Denise Carlon
Signature

*rev.8/1/15*