Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−11468−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Patricia A. Oppel
  aka Patricia A. Cole
  195 Pheasant Drive
  Bayville, NJ 08721

Social Security No.:
  xxx−xx−4116

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

  NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/22/24.

  Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

  This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 22, 2024
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                    Case No. 24-11468-CMG
Patricia A. Oppel                                                                                                Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                           User: admin                                            Page 1 of 3
Date Rcvd: Aug 22, 2024                             Form ID: 148                                Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                 Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia A. Oppel, 195 Pheasant Drive, Bayville, NJ 08721-1942 |
| 520164587 | + | Berkeley Township, PO Box B, 627 Pinewald-Keswick Road, Bayville, NJ 08721-2778 |
| 520164597 | | Midland Mortgage, PO Box 248921, Oklahoma City, OK 73124-8921 |
| 520164606 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 22 2024 21:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 22 2024 21:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520164588 | + | EDI: CCS.COM | Aug 23 2024 01:11:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520164589 | + | EDI: CCS.COM | Aug 23 2024 01:11:00 | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 520164590 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 22 2024 21:49:22 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520164591 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 22 2024 21:36:55 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 520184064 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 22 2024 21:24:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 520167007 | ^ | MEBN | Aug 22 2024 21:23:27 | FIRST PORTFOLIO VENTURES I, LLC, 3091 Governors Lake Drive Suite 500, Peachtree Corners, GA 30071-1135 |
| 520164593 | + | EDI: AMINFOFP.COM | Aug 23 2024 01:11:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520164592 | + | EDI: AMINFOFP.COM | Aug 23 2024 01:11:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 520164594 | | EDI: IRS.COM | Aug 23 2024 01:11:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520212338 | | EDI: JEFFERSONCAP.COM | Aug 23 2024 01:11:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520164595 | + | Email/Text: bankruptcy@kikoff.com | Aug 22 2024 21:24:00 | Kikoff Lending Llc, Attn: Bankruptcy, 75 Broadway Suite 226, San Francisco, CA 94111-1458 |
| 520164596 | + | Email/Text: bankruptcy@kikoff.com | Aug 22 2024 21:24:00 | Kikoff Lending Llc, 75 Broadway, San Francisco, CA 94111-1423 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 22, 2024 | Form ID: 148 | Total Noticed: 32 |

| Recip ID | Bypass/Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| 520232027 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 22 2024 21:36:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520232762 | + EDI: AISMIDFIRST | Aug 23 2024 01:05:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520164598 | EDI: AISMIDFIRST | Aug 23 2024 01:05:00 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 520164599 | ^ MEBN | Aug 22 2024 21:23:14 | Midland Mortgage, c/o KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520164602 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Aug 22 2024 21:24:00 | NJ EzPass, PO Box 4971, Trenton, NJ 08650 |
| 520218400 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Aug 22 2024 21:24:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520164603 | + EDI: CCS.COM | Aug 23 2024 01:11:00 | NJ EzPass, c/o Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2609 |
| 520164600 | + Email/PDF: bankruptcy@ncfsi.com | Aug 22 2024 21:49:21 | New Century Financial Services, Inc., 110 S Jefferson Road, Suite 104, Whippany, NJ 07981-1038 |
| 520164601 | Email/Text: signed.order@pfwattorneys.com | Aug 22 2024 21:24:00 | New Century Financial Services, Inc., c/o Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 520213231 | + EDI: JEFFERSONCAP.COM | Aug 23 2024 01:11:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520179681 | + Email/Text: enotifications@santanderconsumerusa.com | Aug 22 2024 21:25:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 520164604 | + Email/Text: enotifications@santanderconsumerusa.com | Aug 22 2024 21:25:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 520164605 | + Email/Text: enotifications@santanderconsumerusa.com | Aug 22 2024 21:25:00 | Santander Consumer USA, Inc, Po Box 961211, Fort Worth, TX 76161-0211 |
| 520227702 | + EDI: AIS.COM | Aug 23 2024 01:11:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520189742 | | Estate of Margaret Cole |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2024  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Robert Cameron Legg | on behalf of Debtor Patricia A. Oppel courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4